UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | ) | Case No. 20-12140 |
|---|---|---|
| | ) | |
| Jose Luis Reyes, Jr | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge: Jessica E. Price Smith |
| | ) | |

**NOTICE OF HEARING AND OF INTENT TO SELL PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS (Pursuant to 11 U.S.C. §363)**

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Richard A. Baumgart, the Trustee in the Chapter 7 bankruptcy case identified in the caption above, intends to sell a 2016 Nissan Rouge, VIN #5N1AT2MNXGC796189 at a public auction located at Krueckeberg Auction & Realty, 815 Adams Street, Decatur, IN 46733 on December 4th, 2020 at 9:00 a.m.

With respect to the property to be sold, while according to the information available to the Trustee exclusive of the Debtors' possible claims of exemptions, there are no known liens or claims, the property is being sold where is and as is free of any and all liens, claims, encumbrances or other interests other than the Debtors' claims of exemption, which will be paid out of the proceeds.

/s/ Richard A. Baumgart, Trustee
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, OH  44113-1902
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: rbaumgart@dsb-law.com

## NOTICE

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 14 days from the date of service, **or November 30th, 2020,** as set forth on the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

## CERTIFICATE OF SERVICE

**I certify that on November 16, 2020, a true and correct copy of the Notice of Intent to Sell Personal Property, with Notice of Hearing appended hereto, was served:**

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Derrick.V.Rippy, Office of the United States Trustee, at derrick.v.rippy@usdoj.gov

William J. Balena, on behalf of Debtor, atbill@ohbksource.com

**And by regular U.S. mail, postage prepaid, on**

See attached Exhibit A - Service list

/s/ Richard A. Baumgart, Trustee
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: rbaumgart@dsb-law.com